DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP
DANIEL J. COYLE (Bar No. 119274)
SHAYE SCHRICK (Bar No. 238354)
CAROLINE M. COLANGELO (Bar No. 278071)
500 Capitol Mall, Suite 1550
Sacramento, CA 95814
Telephone: (916) 661-5700
Facsimile: (916) 661-5701
dcoyle@delfinomadden.com
sschrick@delfinomadden.com
ccolangelo@delfinomadden.com

Attorneys for Defendant
RALEY'S

ROBERTA L. STEELE, SBN 188198
JOHN F. STANLEY, SBN 15418
LINDA S. ORDONIO-DIXON, SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Avenue, 5th Fl. W, POB 36025
San Francisco, CA 94102
Telephone: (415) 522-3070
Linda.Ordonio-Dixon@eeoc.gov

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>RALEY'S,<br><br>    Defendants. | CASE NO. 2:17-CV-01995-JAM-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

//

//

//

//

Pursuant to Local Rule 271, the parites hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: January 23, 2018  DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By: /s/ Daniel J. Coyle
 DANIEL J. COYLE
 Attorney for Defendant, RALEY'S

Dated: January 23, 2018  By: /s/ Linda Ordonio Dixon
 LINDA ORDONIO DIXON, Senior Trial Attorney
 Attorney for Plaintiff, EEOC

**IT IS SO ORDERED.**

Dated: 1/23/2018  /s/ John A. Mendez
 UNITED STATES DISTRICT COURT JUDGE

{00109384.1}  2

**STIP AND ORDER TO ELECT VDRP**